United States District Court
Western District Of Washington
At Seattle

| | |
|---|---|
| Michael Henry,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions Inc., and Sentry Credit Inc.,<br><br>Defendants. | CAUSE NO:<br><br>**Complaint**<br><br>**Jury Demand** |

**Jurisdiction**

1. This court has jurisdiction under 15 U.S.C sections 1692k and 1681p. Venue lies in the Western District of Washington as plaintiff's claims arose from acts of the defendant having impact therein.

**Preliminary Statement**

2. Plaintiff brings this action for damages based upon defendants' violations of the Fair Credit Reporting Act,15 U.S.C. sections 1681 *et seq.* and ("FCRA") and Fair Debt Collection Practices Act, 1692 *et seq*. ("FDCPA") and of state law obligations brought as supplemental claims.

COMPLAINT - 1

Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com

3. Plaintiff is a resident of Snohomish County, State of Washington and of the United States. Plaintiff is a "consumer" as defined by section 1681a(c) of the FCRA and by section 1692a(3) of the FDCPA.

4. Experian Information Solutions Inc., ("Experian"), is a foreign limited liability company licensed to do business in the State of Washington.

5. Experian is a consumer reporting agency, as defined in section 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in section 1681a(d) of the FCRA, to third parties.

6. Sentry Credit, Inc. ("Sentry Credit") is a "debt collector" as defined by section 1692a(6) of the FDCPA and is a "collection agency" as defined by RCW 19.16.100.

7. Sentry Credit is a furnisher of information as contemplated by FCRA section 1681s-2(a) & (b), that regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumers.

### Factual Allegations

8. Plaintiff's creditworthiness and privacy have been repeatedly compromised by the acts and omissions of the defendant.

9. In or about November, 2007, plaintiff was notified a collection account was reported to credit reporting bureaus that appeared on his credit reports including with Experian. The original creditor was Everett Clinic.

10. Plaintiff contacted the Everett Clinic in order to dispute the account. Plaintiff was told by a representative of Everett Clinic that the debt does not belong to him. Upon information and belief

COMPLAINT - 2

Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com

Everett Clinic contacted Sentry Credit and informed it there was confusion with another debtor with the same first and last name.

11. Plaintiff disputed the account with Sentry Credit by phone and was told that the false account would be corrected after receiving the disputes from credit reporting agencies.

12. Upon information and belief, Sentry Credit had placed the collection account on plaintiff's credit report with at least two national credit reporting bureaus, Experian and Trans Union.

13. In November, 2007, plaintiff filed a written dispute with credit reporting agencies, including Experian and Trans Union.

14. Upon information and belief both Trans Union and Experian communicated with Sentry Credit regarding plaintiff's dispute.

15. Upon information and belief, in the information provided to Sentry Credit by Trans Union and/or Experian was a listing of plaintiff's personal identifiers that may include his social security number or his name or his date of birth and/or other information.

16. In November, 2007, Trans Union deleted the Sentry Credit reporting from plaintiff's credit report.

17. In or about December 2007 Experian returned the results of investigation showing the account had been reverified as belonging to plaintiff and his credit report was "updated".

18. Upon information and belief, the "updated" information was erroneous, defamatory, false information provided by Sentry Credit to Experian in the reinvestigation process.

19. In January 2008 plaintiff disputed the account in writing with Sentry Credit and received a written response saying that Sentry Credit was not reporting the false account.

20. Plaintiff then filed another written dispute with Experian.

COMPLAINT - 3

Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com

21. In January 2008, Experian again reverified the account. The results of investigation stated the reporting of Sentry Credit had been updated.

22. The account listed by Sentry Credit falsely attributed the account to plaintiff, reporting him as not creditworthy and stated plaintiff was delinquent with payments to Everett Clinic.

23. The false publishing of this account has damaged plaintiff's credit reputation.

24. As a result of the false derogatory information reported by Sentry Credit and Experian and the failures to conduct reasonable investigation(s) plaintiff sustained actual damages and injury including emotional distress, damage to his credit worthiness, and abstention from applying for credit.

25. Sentry Credit has engaged in an unfair collection against plaintiff.

**Statement Of Claims Against Sentry Credit**

26. Sentry Credit has:

   a) willfully and/or negligently violated the provisions of the FCRA by willfully and/or negligently failing to comport with FCRA section 1681s-2(b);

   b) defamed Plaintiff by publishing to third parties false information regarding his creditworthiness;

   c) invaded the privacy of Plaintiff;

   d) violated 15 USC sections 1692d, 1692e, 1692f and 1692g;

   e) committed unfair and deceptive acts against Plaintiff in the course of its business;

   f) failed its duty to prevent foreseeable injury to Plaintiff.

**Statement of Claims Against Experian**

27. Experian acted and failed to act as follows:

COMPLAINT - 4

Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com

a) Willfully and/or negligently failing, in the preparation of the consumer reports concerning plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports;

b) By willfully and/or negligently failing to comport with FCRA section 1681i;

c) Defaming plaintiff by publishing to third parties false information regarding his creditworthiness;

d) Invading the privacy of plaintiff;

e) Failing in its duty to prevent foreseeable injury to plaintiff.

**Prayer For Relief**

THEREFORE, plaintiff prays that the Court grant the following relief as against defendants:

a) actual damages;

b) treble damages;

c) statutory damages;

d) punitive damages;

e) attorney's fees; and

f) costs.

Respectfully submitted,

DATED this 3rd day of March, 2008.

_____
Christopher E. Green
Attorney for plaintiff

COMPLAINT - 5

Law Offices of Christopher E. Green PS
225 106th Avenue NE
Bellevue, Washington 98004
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410
Chris@MyFairCredit.com